IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02628-BNB
**(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)**

WORDEN BOURN,
CHARLES GREENLEE, and
    All Others Similarly Situated,

    Plaintiffs,

v.

GEO GROUP INC.,
HUDSON CORRECTIONAL FACILITY,
WARDEN JOE DRIVER,
ASSOCIATE WARDEN RON MURRAY,
STATE OF ALASKA DEPT. OF CORRECTIONS,
DEPUTY COMMISSIONER SAM EDWARDS, and
    Others to be Named,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 4 2011

GREGORY C. LANGHAM
              CLERK

## ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCIES

Plaintiffs have submitted the following documents: 1) Prisoner Complaint, 2) Request [for] Filings Made Under Seal, 3) Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, 4) Declaration in Support of Request to Proceed in Forma Pauperis by Plaintiff Charles Greelee, 5) Declaration in Support of Request to Proceed in Forma Pauperis by Plaintiff Worden Bourn, 6) Request for TRO 65(a) Fed. R. Civ. P., 7) a Request [for] Appointment of Counsel, 8) a Request [for] Marshals [to] Serve Defendants, and 9) a Letter. As part of the court's review pursuant

to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Plaintiffs will be directed to cure the following if they wishes to pursue their claims. Any papers which the Plaintiffs files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) __X__ is not submitted: <u>each Plaintiff must submit an individual § 1915 motion.</u>
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing certificate showing current balance in prison account
(5) __X__ is missing required financial information: <u>(a certified copy of Plaintiff Charles Greenlee's prisoner trust fund statement for the 6-month period immediately preceding this filing has not been submitted)</u>
(6) ___ is missing an original signature by the prisoner
(7) ___ is not on proper form (must use the court's current form)
(8) ___ names in caption do not match names in caption of complaint, petition or habeas application
(9) ___ An original and a copy have not been received by the court. Only an original has been received.
(10) __X__ other: <u>Motion is necessary only if $350.00 filing fee is not paid in advance</u>

**Complaint, Petition or Application:**
(11) ___ is not submitted
(12) ___ is not on proper form (must use the court's current form)
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ An original and a copy have not been received by the court. Only an original has been received.
(17) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___ names in caption do not match names in text
(19) ___ other _____

Accordingly, it is

ORDERED that the Plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiffs file in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Plaintiffs shall each obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that the Request [for] Appointment of Counsel (Doc. No. 8) is denied as premature. It is

FURTHER ORDERED that the Request [for] Marshals [to] Serve Defendants (Doc. No. 9) is denied as unnecessary. It is

FURTHER ORDERED that, if the Plaintiffs fail to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED October 24, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02628-BNB

Worden Bourn
Prisoner No. 016902
Hudson Correctional Center
3001 North Juniper Street
Hudson, CO 80642

Charles Greenlee
Prisoner No. 3435
Hudson Correctional Center
3001 North Juniper Street
Hudson, CO 80642

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on October 24, 2011.

                                   GREGORY C. LANGHAM, CLERK

                          By: _____
                                      Deputy Clerk