IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02628-BNB

WORDEN BOURN,
CHARLES GREENLEE, and
ALL OTHERS SIMILARLY SITUATED,

    Plaintiffs,

v.

GEO GROUP INC.,
HUDSON CORRECTIONAL FACILITY,
WARDEN JOE DRIVER,
ASSOCIATE WARDEN RON MURRAY,
STATE OF ALASKA DEPT. OF CORRECTIONS,
DEPUTY COMMISSIONER SAM EDWARDS, and
    Others to be Named,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Plaintiffs' "Request for Compel Payment of Filing Fee" and "Request for Hoffa Account Statement Be Provided to Court" (Doc. Nos. 18 & 19) filed on November 8, 2011.  In Doc. No. 18, Plaintiffs request a court order to compel the Alaska Department of Corrections to process Plaintiffs' requests to have the filing fee sent to the Court.  In Doc. No. 19, Plaintiff, Charles Greenlee, requests an order to compel the Alaska Department of Corrections to provide a certified inmate account statement.  The requests are DENIED.

    Plaintiffs are directed to show this Minute Order to the appropriate prison official.  If their requests for a certified 6-month account statement and/or money order is again denied, the prison official is directed to provide documentation regarding the reason for the denial.

    Plaintiffs will be allowed **thirty (30) days from the date of this minute order** to comply with the instructions set forth in this minute order.  No further extensions of time will be granted without just cause.

    Dated:  November 14, 2011