**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02628-BNB

WORDEN BOURN,
CHARLES GREENLEE, and
    All Others Similarly Situated,

    Plaintiffs,

v.

GEO GROUP INC.,
HUDSON CORRECTIONAL FACILITY,
WARDEN JOE DRIVER,
ASSOCIATE WARDEN RON MURRAY,
STATE OF ALASKA DEPT. OF CORRECTIONS,
DEPUTY COMMISSIONER SAM EDWARDS, and
    Others to be Named,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the "Request to Compel Alaska Dept. Of Corrections to Provide the Check From Forced Savings for Filing Fee" (Doc. No. 40), filed on January 30, 2012, by Plaintiff Worden Bourn.  The request is DENIED.

    As of the date of this minute order, the Court is not in receipt of any payment from either Plaintiff on the filing fee due in this action.  The Court will allow Mr. Bourn **fourteen (14) days from the date of this minute order** in which to either (1) submit his initial partial filing fee to the Court or (2) provide the Court with documentation showing that the Alaska Department of Corrections has denied his request to forward money to the Court.  The documentation needs to be certified by an appropriate official at Mr. Bourn's penal institution.

Dated:  January 31, 2012